UTICA,
August, 1823.

EVERITT *against* DE GROFF.

EVERITT
v.
DE GROFF.

In *assumpsit*, the plea was the general issue, which con‑ cluded thus : " And of this he puts himself upon the coun‑ try, &c." omitting to add, " and the said plaintiff likewise." And the plaintiff, without adding a *similiter*, proceeded and took an inquest by default ; which, for that cause, it was now moved to set aside.

*W. W. Bogardus*, for the motion.

*Ruggles & Bulkley*, contra.

> On inquest by default, the issue will be deemed well joined, though no *similiter* be added to the plea of the general issue, if " &c." be added to the words " and of this he puts himself upon the country." In such a case, " &c." shall be construed to mean a *simili‑ ter.*

UTICA,
August, 1823.

THE PEOPLE
v.
CHAPMAN.

*Curia.* The issue is sufficiently joined. " &c." at the close of the plea, shall be construed in this case to mean *every necessary matter that ought to be expressed;* and so are several authorities. (*Co. Litt.* 17 *b. Per Ld. Mansfield & Aston, J.* in *Sayer* v. *Boyer, Cowp.* 407.) We, according-ly, construe it to mean a *similiter.*(*a*)

Motion denied.

(*a*) *Vid. Harris' case, Cro. Jac.* 502, and *Berton* v. *Mandell, id.* 67, 3 *Burr.* 1793, Statute of amendments and jeofails, 1 *R. L.* 118-19, that the Justices shall proceed to give judgment upon a verdict, notwithstanding a misjoining of the issue.